# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PNC BANK, a National Association,

    Plaintiff,

v.                                            Case No. 14-10916

H.L. MANUFACTURING, INC., et al.,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE AND SETTING ADDITIONAL DATES**

On April 30, 2014, the court held an off-the-record scheduling conference with the parties. The parties informed the court that they are pursuing a settlement. Accordingly,

IT IS ORDERED that the above-captioned matter is ADMINISTRATIVELY CLOSED without prejudice to the right of either party to file a notice of reopening at any time, whereupon the matter will immediately be placed back on the court's active docket. In the event that there is no additional filing in the case by **July 30, 2014**, the court will hold a telephone conference with the parties on **July 31, 2014 at 10:00 a.m.** to ascertain the status of the matter. In the meantime, if the parties settle their dispute, they are DIRECTED to promptly inform the court that the matter has been resolved.

                                                  s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: April 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\14-10916.PNCBANK.AdminCloseCase.jac.wpd